NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL JEROME MCKINNEY,             )
DOC #100414,                         )
                                     )
            Appellant,               )
                                     )
v.                                   )       Case No. 2D18-1909
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____  )

Opinion filed March 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

PER CURIAM.

            Affirmed.

BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.